Rios & Associates
36 W. COLORADO BLVD. SUITE 301
PASADENA, CALIFORNIA 91105
TELEPHONE (626) 583-1100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMIR RAI<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF IRVINE<br><br>Defendants. | CASE NO. 19-CV-00580-TJH-ADSx<br><br>ORDER OF DISMISSAL [JS-6] |

The Court having being advised by counsel for the parties that the above entitled action has been settled.

IT IS ORDERED that this action be and is hereby dismissed with prejudice.

Dated: FEBRUARY 6, 2020    _____

HON. TERRY J. HATTER, JR.,

United States District Judge